No. 76–811. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. BAKKE. Sup. Ct. Cal. Certiorari granted.

No. 76–906. UNITED AIR LINES, INC. v. McMANN. C. A. 4th Cir. Certiorari granted.

No. 76–39. MEMPHIS LIGHT, GAS & WATER DIVISION ET AL. v. CRAFT ET AL. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–528. CONSUMERS POWER CO. v. AESCHLIMAN ET AL. C. A. D. C. Cir. Motion of Edison Electric Institute et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of the motion and petitions.

No. 75–770. TREADWAY COMPANIES, INC., ET AL. v. BRUNSWICK CORP. C. A. 3d Cir. Certiorari denied.

No. 75–836. VALLEY DISTRIBUTING CO. v. DAVIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–273. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–384. SIMON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.